# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| H. Annita Zhong<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900  Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 277-1010  FAX NO.  E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Valtrus Innovations Ltd. | |

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
STREET ADDRESS: 700 STEWART STREET
CITY AND ZIP CODE: SEATTLE, WA 98101
BRANCH NAME: WESTERN DISTRICT OF WASHINGTON

PLAINTIFF/PETITIONER: GOOGLE LLC, Petitioner
DEFENDANT/RESPONDENT: VALTRUS INNOVATIONS LTD., Patent Owner

CASE NUMBER: IPR2022-01545, IPR2022-01497

**PROOF OF SERVICE**  
Hearing Date: 6/9/2023  Day:   Hearing Time: 5:00 PM  Dept:   Ref. No. or File No.: 163405-0009

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

PARTY SERVED: MICRO FOCUS
PERSON SERVED: Aaron Crandall - Authorized to Accept
DATE & TIME: 5/26/2023 2:45 PM
ADDRESS: 1800 Novell Pl
Provo, UT 84606-6171

PHYSICAL DESCRIPTION:
Age: 50  Weight: 180  Hair: Brown
Sex: Male  Height: 5'9"  Eyes:
Skin: Caucasian  Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 166.00
County: Salt Lake City
Registration No.:
Nationwide Legal, LLC Reg: 12-234648
901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
(714) 558-2400
Ref: 163405-0009

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 29, 2023.

Signature: _Crystal Williams_

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]  Order#: OC135186A/General