# Exhibit 9

| | |
|---|---|
| **From:** | Zhong, Annita |
| **Sent:** | Wednesday, June 7, 2023 10:07 AM |
| **To:** | Manno, Elizabeth M. |
| **Cc:** | Carroll, Timothy J.; Lindsay, Jonathan; Sheasby, Jason; Alsip, Matthew R.; Harbour, Michael |
| **Subject:** | RE: Google LLC v. Valtrus Innovations Ltd. |
| **Attachments:** | Summary of Verity Software Features.docx; Ex 2017 Verity Developers Kit Archived March 20 2003.pdf; Ex 2022 Tier 1 -  Discover (2001).pdf; Ex 2008 Verity K2 Enterprise - Organize. Discover. Connect..pdf |

Elizabeth,

Thank you for the call yesterday and the email below.  Going forward, please include my colleague, Michael Harbour, on all communications related to the subpoenas.

We have asked Nationwide to serve any remaining subpoenas at the registered agents' offices, and we understand that Nationwide will relay the requests to its affiliates who handle the services.

To assist your search, we have prepared the attached, listing the technical features of interest.  And for RFP #1, if it is of help, we can limit the code to those in public use between May 8, 2000 and August 27, 2001.

Furthermore, as noted at the call, we would appreciate it if MicroFocus could provide us with a written authorization letter on MicroFocus letterhead that authorizes Valtrus to access the following registered work deposited at the Copyright Office and that confirms that the rights to the registered work below currently belong to MicroFocus.  The letter should come from OpenText if the rights have been recently transferred to OpenText.  We understand that the letter will require a wet signature as well as the signatory's printed name.  Unfortunately, however, because the process time at Copyright Office can take weeks to months and the deposits may not be complete (*e.g.*, it may be only the first and last 25 pages of the code), we need to pursue the subpoena in parallel.

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0005762136 / 2003-06-30 |
| **Title:** | Verity developer's kit v2.7. |
| **Description:** | Computer program. |
| **Notes:** | Printout only deposited. |
| **Copyright Claimant:** | Verity, Inc. |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-04-11 |
| **Previous Registration:** | Prev. reg. 1998, TX 4-616-046. |
| **Basis of Claim:** | New Matter: rev. & additional text. |
| **Names:** | Verity, Inc. |

We look forward to updates from MicroFocus.

Regards,

1

Annita

H. Annita Zhong
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 203-7183
Fax:  (310) 556-5385

---

**From:** Manno, Elizabeth M. <EMManno@Venable.com>
**Sent:** Tuesday, June 6, 2023 1:25 PM
**To:** Zhong, Annita <HZhong@irell.com>
**Cc:** Carroll, Timothy J. <TJCarroll@Venable.com>; Lindsay, Jonathan <jlindsay@irell.com>; Sheasby, Jason <JSheasby@irell.com>; Alsip, Matthew R. <MRAlsip@Venable.com>
**Subject:** RE: Google LLC v. Valtrus Innovations Ltd.

Hi Annita,

Thanks for your time on the call today, and for agreeing to an extension of Micro Focus' deadline for objections and responses to any subpoenas through June 23 so that we can focus on working with Valtrus to understand the scope of information requested.  We also appreciate you instructing your process server to serve only Micro Focus' registered agent going forward and not to harass any more Micro Focus receptionists, which has been distressing in several different locations.

We look forward to your email with narrowing/additional information on what is being sought, which will help Micro Focus investigate what (if anything) it has that is responsive, given the age of the information sought, and allow the parties to continue their discussions.

Best,
Elizabeth

**Elizabeth M. Manno | Partner | Venable LLP**
t 202.344.4253 | f 202.344.8300
600 Massachusetts Avenue, NW
Washington, DC 20001
EMManno@Venable.com | www.Venable.com
**Pronouns: She/Her**

---

**From:** Manno, Elizabeth M.
**Sent:** Friday, June 2, 2023 4:50 PM
**To:** 'hzhong@irell.com' <hzhong@irell.com>
**Cc:** Carroll, Timothy J. <TJCarroll@Venable.com>; Lindsay, Jonathan <jlindsay@irell.com>; Sheasby, Jason <JSheasby@irell.com>
**Subject:** RE: Google LLC v. Valtrus Innovations Ltd.

Hi Annita,

I will send an invite in one of those windows.  Regarding the extension, I understand you have scheduling constraints in your case, but it is unduly burdensome to expect a non-party to respond on the current date of June 9 with less than even the standard 14 days under Rule 45.   We think it would be more productive for us to focus on working with you to identify what is that you all need, rather than having to focus on preparing formal objections and responses first, so please let us know when we speak if you are able to agree to an extension or not.

Best,
Elizabeth

**Elizabeth M. Manno** | **Partner** | **Venable LLP**
**t** 202.344.4253 | **f** 202.344.8300
600 Massachusetts Avenue, NW
Washington, DC 20001
EMManno@Venable.com | www.Venable.com
**Pronouns: She/Her**

**From:** Zhong, Annita <HZhong@irell.com>
**Sent:** Thursday, June 1, 2023 5:38 PM
**To:** Manno, Elizabeth M. <EMManno@Venable.com>
**Cc:** Carroll, Timothy J. <TJCarroll@Venable.com>; Lindsay, Jonathan <jlindsay@irell.com>; Sheasby, Jason <JSheasby@irell.com>
**Subject:** RE: Google LLC v. Valtrus Innovations Ltd.

**Caution: External Email**


I am generally available on Monday and Tuesday right now except 11-noon PT.

We are willing to accommodate a reasonable request for extension, but as you know, the PTAB moves at a blazingly fast speed compared to the district court, and our first response right now is due in mid-July and before that we will have to take multiple depositions (ideally after reviewing your production). Maybe MicroFocus can produce responsive documents on a rolling basis. For instance, we understand that MicroFocus is the owner for certain deposits at the copyright office and those deposits are part of the request. That may be a low hanging fruit that MicroFocus can prioritize in producing while conducting its investigation.

Let's discuss when we have the call.

Regards,

H. Annita Zhong
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 203-7183
Fax:  (310) 556-5385

**From:** Manno, Elizabeth M. <EMManno@Venable.com>
**Sent:** Thursday, June 1, 2023 2:06 PM
**To:** Zhong, Annita <HZhong@irell.com>
**Cc:** Carroll, Timothy J. <TJCarroll@Venable.com>
**Subject:** Google LLC v. Valtrus Innovations Ltd.

Hi Annita,

We represent Micro Focus in connection with the subpoenas issued in the above matter. We are still getting up to speed, but would like to set a call with you to discuss what Valtrus is looking for. Can you let me know your availability early next week?

In the meantime, will you also agree to a 30-day extension of time for Micro Focus to provide a formal response to the subpoena (through July 10)?  Micro Focus will need some time to investigate the requests, given that they are seeking information that is from over 20 years ago.

Best,
Elizabeth

**Elizabeth M. Manno | Partner | Venable LLP**
**t** 202.344.4253 **| f** 202.344.8300
600 Massachusetts Avenue, NW
Washington, DC 20001
EMManno@Venable.com | www.Venable.com
**Pronouns: She/Her**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**Summary of Verity Software Features of Interest**</u>

**I.   Ranking Documents (as related to U.S. Pat. No. 6,738,764)**

1.   Producing a relevance score for a document (including a web page) based on a search query.

      i.   The relevance score may be implicit through the ordered ranking of documents returned or it may be explicitly assigned to the document.

2.   Calculating a similarity score for the search query based on (i) a feature vector that characterizes attributes of the document and (ii) search words of a different query associated with the document.

      i.   For (i), the feature vector may be formed with attributes defining key words found within the document

      ii.  For (ii), the search words of the different query may have been from an earlier query which also returned the same document. An example is the "Document Recommendation" in the attached Exhibit 2008; *see also* EX2022 ("Advanced Search," "Parametric Selection").

3.   Assigning a rank value to the document based upon both the relevance score and the similarity score.  *See e.g.*, EX2008, at 3-4 ("Adaptive Ranking"); EX2017, at 2 ("Relevance Ranking").

      i.   For example, the relevance score and the similarity score may be combined and used to assign a rank to the document with respect to other documents.

      ii.  For example, the rank value for the web page may be based on a function that adaptively weighs the relevance and similarity scores based upon prior search result viewing behavior.

**II.  Merging Search Results from Multiple Search Engines (as related to U.S. Patent No. 6,728,704)**

1.   Transmitting a search query to a set of search engines.

2.   Receiving, in response to the search query, a result list of entries from multiple search engines.

3.   Selecting a subset of the entries from each result list to form a set of selected entries.
      i.   For example, selecting the subset could include selecting a consecutive number of entries from each result list, including the first entry from each result list

0.0  03

    ii.  For example, selecting the subset could include selecting a uniform number of entries that are uniformly spaced within each result list.

    iii.  For example, selecting the subset could include selecting a uniform number of entries at random from each result list.

4. Assigning to each selected entry a scoring value according to a scoring function.

5. Assigning to each subset of entries a representative value according to the scoring values assigned to its entries.

6. Producing a merged list of search result entries in a predetermined manner based on the representative value assigned to each result list, where the representative value varies in accordance with predetermined manner. *See e.g.*, EX2008 at 3 ("Federated Search"), EX2022 (-01545), at 1 ("Federated Search").

    i.  For example, the merged list could be produced by (A) selecting the result list having the highest average value so as to form a selected list, (B) selecting from that selected list the first entry that has not already been selected for ranking, (C) decrementing the average value of the result list by a specified number (e.g., 1), and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

    ii.  For example, the merged list could be produced by (A) assigning to each result list a probability value based on its average value, (B) selecting a result list based on its probability value so as to form a selected list, (C) selecting from that selected list the first entry that has not been selected for ranking, and repeating (A), (B) and (C) in order until every entry in every result list has been selected.

The Wayback Machine - https://web.archive.org/web/20010801175153/http://www.verity.com:80/products/ent…

**Verity**™

home  search  contact  sitemap  international  about verity  jobs@verity

| Products | Services | Support | Customers | Press | Partners |

I'm interested in:   Verity

Valtrus Ex 2008
Google v Valtrus
IPR2022-01497

**Product Overview**

**Verity K2 Enterprise Streaming Demo**

**Verity K2 Enterprise Technical Overview (PDF 285k)**

**Verity K2 Enterprise Executive Overview (PDF 274k)**

**Verity K2 Architecture**

Related Topics

**Verity K2 Catalog**

**Verity K2 Developer**



## Organize. Discover. Connect.

Equity research applications that uncover high-growth, under-valued stocks. Airline call center applications that reduce average call time and save millions of dollars a year. B2E portals that let professional services firms connect consultants on client sites with the experts and knowledge they need to solve problems and meet deadlines.

## ...and Profit.

More companies turn to Verity than anyone else to power the business portals that bring together mission-critical information enterprise-wide. Only Verity K2 Enterprise provides infrastructure with the three-tier foundation next-generation business portals need to organize, discover, connect—and profit.

Verity K2 Enterprise provides the first two tiers by combining Verity Intelligent Classification—the most accurate and flexible automatic classification available—with Verity's market-leading advanced search. These let companies organize information the way they organize their business, and deliver a rich knowledge discovery experience. And K2 Enterprise's third tier—Verity's social network technology—connects users with each other to take the information discovery process to the higher, more profitable level. All three of these tiers are needed for next-generation business portals to manage the increasingly complex knowledge environments inside enterprises of all sizes, and only Verity K2 Enterprise has them.

---

## Organize
Portals powered by Verity K2 Enterprise automatically organize your information assets, putting content from various structured and unstructured sources in the context that gives information real value. These directories form a visual road map that guides users to information by letting them drill down from one relevant category to the next until they find what they're looking for.

Only Verity Intelligent Classification can do this, because only Intelligent Classification lets you augment the most accurate automatic classification available with human intellect. Easily modified business-rules can be used to edit the definitions of categories and sub-categories, while entire taxonomies can be constructed manually, extracted from existing URLs or file paths, based on meta data or other fielded data, or generated from clusters automatically produced by K2 Enterprise.

Unlike black box classification technology, Intelligent Classification gives you the flexibility to use the best of both automatic classification and the unrivalled capacity of humans to understand your business.

---

## Discover
If your users can't find information, they can't act on it. That's why providing a rich knowledge discovery experience is so important. With Verity K2 Enterprise you can give your users a number of ways to quickly find what they're looking for. Select from full-text, category drill-down,

Valtrus Ex 2008
Google v Valtrus
IPR2022-01497

2/4

8

parametric search, and federated search. No other business portal solution combines these key features, or returns results that are as accurate and relevant as K2 Enterprise.

### Advanced Full-text Search

Verity's advanced full-text search lets you implement fuzzy search and concept extraction functions "under the hood" to transparently put the power of sophisticated queries behind simple, one-word searches. Available features include smart correction of user errors, stemming expansion, query-by-example and automatic summarization. This flexibility ensures novice and expert users alike get accurate results without using complex query syntax or understanding your corporate taxonomy.

### Federated Search

Using Verity's federated search, a single query can bring back results from multiple search sites information sources. Results are merged, sorted by relevancy and duplicate hits eliminated.

### Category Drill-down

Category drill-down allows users familiar with your corporate content and taxonomy to drill down through categories and sub-categories to find relevant information. Users can also narrow the focus of searches by limiting text queries to specific categories.

### Parametric Selection

Parametric selection is Verity's advanced interface that allows users to take advantage of structured information, such as meta data, in your unstructured content. Field sorting and filtering can be combined with full-text search to find both single documents with specific attributes and groups of documents that fall within user-selected parameters.

### Secure Content Retrieval

At the same time your business portal lets users access information from across your enterprise, it must also keep that information secure. Verity K2 Enterprise includes two levels of security: Verity Collection level and document level.

### Security

Verity K2 Enterprise only lets people see the information you want them to. At the Collection level, K2 Enterprise uses your existing authentication system to provide access to Verity Collections. If users don't have access to a Collection, their searches are not run against them. At the document level, robust Verity Gateways respect and enforce your applications' native security models when users locate or retrieve specific documents. Both of these enable Verity's unique result list and category filtering, so they don't even see the titles of documents they don't have permission to retrieve.

## Connect

The personalization features of Verity K2 Enterprise automatically connect your users to subject experts within your organization, and recommend documents based on individual users' past behavior and/or information that is similar to selected documents. Using Verity's proprietary Tensor Space Analysis technology, these features put simple queries into the context of the social networks that are formed when people create, modify, search, access and organize information.

### Adaptive Ranking

Adaptive ranking improves Verity's already accurate relevancy ranking by incorporating implicit user feedback. The more times users select a particular document, the higher it appears in results lists for all users This Ex 2008

This Ex 2008
Google v Valtrus
IPR2022-01497

ensures the documents that your users consistently find most relevant appear near the top of results lists, streamlining the knowledge discovery process.

**Document Recommendation**

When a user submits a query, Verity K2 Enterprise analyzes the query and the user's past behavior to automatically recommend additional documents. These appear separately from the results list, so the user always knows which information was returned because it matched the query and which is the recommended information. Documents can be recommended based solely on the current query, on what type of information the user has accessed in the past, or both sets of recommendations can be displayed.

**Expert Location**

Based on the document that a user is viewing, or the user's last query, Verity K2 Enterprise identifies and locates experts within your organization on the document's subject matter. These experts are recognized by the information they have used Verity K2 Enterprise to create, modify and access.

**Communities**

Verity K2 Enterprise brings together communities of users by analyzing how they create and access information. Individuals can belong to more than one community of interest, facilitating collaboration and knowledge transfer enterprise-wide.

Please take a moment to read:
Verity's Privacy Policy
Questions about this site?
webmaster@verity.com

Products | Services | Support | Customers | Press | Partners | Investor Relations
Home | Search | Contact | Sitemap | International | About Verity | Jobs

Copyright © 2001 Verity, Inc.
All rights reserved.

Valtrus Ex 2008
Google v Valtrus
IPR2022-01497        4/4



# Verity® Developer's Kit

*Power your application with Verity's advanced search.*

The Verity Developer's Kit is the market-leading OEM search solution for e-business applications that have to access unstructured information. Built into over 300 commercial products and services, VDK delivers the most precise, relevant search results available across multiple platforms.

Advanced Verity search functions delivered by VDK include fuzzy search, concept extraction, custom thesaurus creation, automatic highlighting of search terms, combined metadata and full-text search. These are enabled by Verity's high-performance indexing, the robust Verity Query Language and comprehensive filtering technology that lets VDK extract meaning and structure from virtually all file types.

The bottom line is that VDK equips applications with the most advanced search on the market—a key advantage in today's information-driven business environment.

## Advanced Verity Search Technology

Verity Developer's Kit gives users of your application the power to find the information they need. By employing advanced, server-based Verity search functions like fuzzy search and concept extraction, VDK takes your application beyond the limited capabilities of simple search and transparently turns basic requests into detailed, sophisticated queries.

The power behind VDK's powerful search is Verity's unique information retrieval technology. Using the Verity Query Language and Verity's search operators, your application can make all your users search experts. Developers can customize search functions around your application requirements, so that it can deliver the relevant results your customers expect.

VDK also supports Verity Intelligent Classification, which uses custom business rules to organize, search and retrieve documents. This lets your developers build persistent queries that describe entire knowledge domains that give your application industry- or business-specific support.

### Verity Query Language and Search Operators

The Verity Query Language and search operators are the powerful tools that enable your developers to customize VDK's robust search capability to match your application requirements. Queries can utilize operators such as AND, OR and NOT, words, phrases and paragraphs, NEAR and NEAR/N, evidence accrual, metadata, wildcards and smart correction of typographical errors. Using these, developers can build fuzzy search and concept extraction capabilities into applications, without requiring end users to learn complex query languages.

## Powerful Incremental Indexing

VDK indexes information in diverse repositories, creating the indices that make Verity's advanced search possible. Whether the information is on an external Web site, internal Web servers, a file system or a groupware application, VDK can make it searchable through your application. While indexing, VDK extracts meaning and structure from documents, and creates Verity Collections that include full-text word lists, metadata and file system addresses and URLs. When queries are

submitted, VDK searches against the Collection, not the documents. This maximizes the performance and accuracy of your application, while minimizing the load on your customer's network.

## Comprehensive Filtering

To ensure all information is searchable through your application, VDK utilizes Verity's comprehensive collection of KeyView document filters. These detect the file types of most popular desktop applications, and then filter them so they can be indexed into Verity Collections. Supported formats include most popular word processing, spreadsheet and presentation files, along with Adobe PDF, HTML, and XML.

## Multiple Language Support

Available Verity Locales and VDK multi-byte support enable your application to work with documents in 26 languages. These include Arabic, Bulgarian, Chinese (simplified and traditional), Czech, Danish, Dutch, English (VDK's default language), Finnish, French, German, Greek, Hebrew, Hungarian, Italian, Japanese, Korean, Norwegian (Bokmal and Nynorsk), Polish, Portuguese, Russian, Spanish, Swedish, Thai and Turkish.

## Rapid Integration

VDK's open APIs and multi-platform support let your developers rapidly and transparently integrate Verity's advanced search into your application. The open C API allows tight integration of VDK at a granular level, with the option to load VDK libraries into your application as a DLL. The API is also flexible enough to support applications written in other languages, including Perl, C++ and Java. Source code examples and documentation are included to demonstrate how the API is called.

Multi-platform support makes it possible to build an application with VDK once, recompile, and then run it on multiple computing platforms. This gives you the ability to deliver solutions on the platforms that best meet your market requirements, including Windows and all popular UNIX systems.

VDK also includes a fully documented and extensible gateway API that lets your application access information in virtually any repository, such as NT and UNIX file systems, Web servers, ODBC databases, Lotus Notes and Microsoft Exchange.

## Features

### Fuzzy Search

The fuzzy search capabilities built into VDK gives end-users of your application the ability to find what they're looking for, even when they don't know how to ask for it.

### Spelling and Typographical Errors

Verity allows a limited range of deviation from the way users spell search terms and how they're spelled in indexed documents. For example, users who search for "Chaikofski" would still find documents about "Tchaikovsky." This is particularly useful when searching for people, place names and technical terms.

### Sounds-Like and Phonetic Searches

Phonetic searches retrieve words that sound similar to the search term. For example, the query "sale" might return words such as "sale," "sail," "sell," "seal," "shell" or "soul." Once the user recognizes documents with the correct word, the search can be further narrowed if required.

Valtrus Ex 2017-p.1
Google v Valtrus
IPR2022-01497

**Stemming and Synonym Expansion**

Using Verity's linguistic expansion, search terms can be expanded to include word stems and synonyms that have been indexed. For example, a query for "finance" can be expanded to include "finances," "financed," "financing" and "financial."

**Relevance Ranking**

To give users direct input to the relevancy ranking process, Verity allows individual search terms to be assigned a relative importance, or weight. Verity Information Server interprets the weights and assigns a higher relevancy ranking to documents that contain search terms with a higher weighting.

**Wildcard Searches**

Wildcard searching allows users to enter front-, middle- or end-masking wildcards for single characters or strings of characters. This is useful when a user knows only a few characters or a characteristic of a string being searched.

**Concept Extraction**

To help your users determine the actual meaning of returned documents, VDK can intelligently extract concepts and the context in which they occur. This eliminates the time-consuming process of downloading large documents and scanning through them to see if they have the information your users need.

**Clustering**

Clustering is an indexing process that divides a group of documents into subgroups. Each group contains clusters of documents that contain similar content. This allows results lists to be displayed as sets of related documents, making it easy for users to find related documents that contain the information they need.

**Query-by-example**

Clustering also enables Verity's query-by-example (QBE). This feature is useful for narrowing down vague search queries that return unrelated results. Once a relevant or interesting document is found in the list, the user can request documents with similar content to be listed.

**Summarization**

VDK can generate document summaries that are displayed in the query results lists. This lets users determine what a document is about, without taking the time to download and read the entire file.

## Platforms Supported

- Microsoft Windows NT 4/2000
- Sun Microsystems Solaris 2.6/7.0/8.0
- Hewlett-Packard HP-UX 11
- Compaq Tru64 4.0f
- IBM AIX 4.3
- Red Hat Linux 7.0

## Additional Verity Developer Kits

**Verity® K2 Developer**
Build high-performance knowledge retrieval applications that scale without limit.

**Verity® Profiler Kit**
Add real-time document classification and messaging to your application.

**Verity® Export**
Convert any content to valid XML or Web-ready HTML.

**Verity Filter™ SDK**
Build threadsafe applications that filter text on multiple platforms.

**Verity KeyView™ SDK**
Build powerful applications that view and print any popular file format.

© 2001 Verity, Inc. All rights reserved. Verity®, TOPIC®, KeyView®, and Knowledge Organizer® are registered trademarks. The Verity logo, Verity Portal One™, and Verity® Profiler are trademarks of Verity, Inc., in the United States and numerous other countries. All other trademarks or symbols are those of their respective owners.

**Sales and Product Information**
info@verity.com

**Partnerships**
partners@verity.com

**Technical Support for Existing Customers**
tech-support@verity.com

**Verity, Inc.**
894 Ross Drive, Sunnyvale, CA  94089   |   t. 408.541.1500   |   f. 408.541.1600   www.verity.com



Powering Business Portals

Valtrus Ex 2017-p.2
Google v Valtrus
IPR2022-01497

MK0369 Printed in Canada.



# Tier 1: Discover



MK0417 Printed in Canada.

*"The Verity K2 (infrastructure), featuring flexibility, scalability and customization, and control features, joins a growing arsenal of software products that will enable Forbes.com and its Forbes-Finder search service to expand our already significant suite of applications and services. With the addition of Verity, we're confident that our users will get the precise information they are looking for."*

Jeff Killeen, CEO, Forbes.com

### Rapid, Relevant Information Retrieval

Corporations spend millions of dollars integrating intranets, business applications, networked databases, archival systems and Internet content sources. Verity's market-leading search adds immediate value by helping users find information wherever it resides.

### Secure Access

The Achilles heel of unifying information from across the enterprise is security. Verity enables true unified access to ensure users can securely locate and retrieve all the information that they're entitled to access, wherever it resides. By utilizing a scalable, granular and flexible architecture, Verity supports and integrates with all standard security models, including LDAP, NT Domain, Netegrity, relational databases, file systems, Lotus Notes, Microsoft Exchange, and others, as well as single sign-on solutions.

### Advanced Search

Verity's advanced search technology returns correct results by conceptually interpreting the one- and two-word queries that most people use. Verity's powerful query language (VQL) with more than 35 operators allows for the precise expression of any query, expressed either directly by power users or automatically triggered during simple query processing. For example, when users ask for "hitek ipo," Verity corrects the spelling of "high tech," interprets "ipo" to mean "initial public offering" and returns documents relevant to high tech financing.

### Parametric Selection

Parametric selection is critical for enterprises that need to unlock the true value of combined structured, semi-structured and unstructured information with a single interface. For example, with a parametric equity research application, stocks brokers can search for undervalued stocks based on a number of preset parameters, such as:

| | |
|---|---|
| Consensus Rating: | Strong Buy |
| Price-to-Earnings Ratio: | Below 10 |
| Current Price: | $1.00 to $1.99 |
| Book Value: | $1.00 to $1.99 |

The resulting list of stocks can be further narrowed by searching for stocks that financial analysts described as "high growth" and then sorted in order of ascending current price.

### Category Drill-down

Category drill-down allows people to intuitively navigate through company-specific taxonomies that put concepts in context, instead of submitting search queries. For example, an accountant looking for



End Users

Verity K2

| Files | Content | Databases | Intranet | Applications | Email |

Enterprise Content

income tax regulations in the United States could drill down through categories labeled "Taxes," "Income Taxes," and "United States" to find the exact document she was looking for, as well as additional relevant information that she didn't anticipate she needed. Or she could drill down to "United States" and limit a text query for "car allowance deductions" to that particular category.

### Federated Search

With a single query, Verity's federated search returns merged and ranked results from multiple information sources. For example, a clinical researcher in a pharmaceutical company could submit one query for "penicillin allergies" and receive results from the company's Verity-powered intranet, Hoover's Online, Factiva, Google and other information sources. Duplicate results are automatically eliminated, and the list can be sorted for relevancy or re-ranked by source and category.

### Multiple Language Capabilities

Verity's comprehensive multiple-language capabilities allow users to search for content in 26 Asian and European languages. Through Verity Locales, Verity can recognize, filter, index and search information in: Arabic, Bulgarian, Chinese (simplified and traditional), Czech, Danish, Dutch, English, French, Finnish, German, Greek, Hebrew, Hungarian, Italian, Japanese, Korean, Norwegian (Bokmal and Nynorsk), Polish, Portuguese, Russian, Spanish, Swedish, Thai and Turkish.

*"Sophisticated portals' main purpose has been to provide comprehensive search and retrieval functions across a wide range of resources. Verity is a leader in meeting those market requirements and provides some of the most effective software for exploiting internal information sharing."*

Eric Woods, Research Director for Knowledge Management, Ovum

© 2001 Verity, Inc. All rights reserved. Verity®, TOPIC®, KeyView®, and Knowledge Organizer® are registered trademarks. The Verity logo, Verity Portal One™, and Verity® Profiler are trademarks of Verity, Inc., in the United States and numerous other countries. All other trademarks or symbols are those of their respective owners.

**Verity, Inc.**
894 Ross Drive, Sunnyvale, CA  94089  |  t. 408.541.1500  |  f. 408.541.1600  |  www.verity.com

Valtrus Ex 2022-p.1
Google v Valtrus
IPR2022-01545