# Exhibit 10



June 9, 2023

T 202.344.4253
F 202.344.8300
EMManno@Venable.com

**VIA ELECTRONIC MAIL**
H. Annita Zhong
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
hzhong@irell.com

  *Re: Google LLC v. Valtrus Innovations Ltd.,* IPR2022-01545, IPR2022-01497

Dear Annita,

  As you know, we represent Micro Focus in connection with the subpoenas Valtrus Innovations Ltd. has attempted to serve in the above-captioned matters.

  In the last week, Valtrus has attempted to serve over dozen subpoenas, many duplicative, at Micro Focus office locations around the country. This service of seriatim subpoenas at multiple locations, all on the same entity, is not the proper way to effectuate service, is harassing, and is unduly burdensome on a non-party. We still do not know how many more subpoenas are coming, or understand why you continue to serve them at additional office locations, especially when they are all purportedly addressed to the same entity, "Micro Focus."

  In addition, Valtrus' process servers attempting service at various office locations have harassed Micro Focus reception staff. This improper behavior toward Micro Focus employees is not acceptable, given that Micro Focus has registered agents, and you know we are counsel of record. We demand that Valtrus cease this conduct immediately.

  Additionally, the subpoenas purportedly issued by Valtrus are facially invalid. They are not appropriately issued by a clerk of the relevant U.S. District court, as provided for under 35 U.S.C. §24. Moreover, we understand that both parties in the IPRs have sought rehearing on the order of the PTAB relating to Micro Focus discovery, making the subpoenas premature.

  In sum, these subpoenas are facially invalid and have been improperly served. Micro Focus takes its obligations seriously for validly issued subpoenas, and remains willing to discuss the issue further to effectuate a resolution. For now, however, Micro Focus considers the matter to be closed. In addition to the objections above, Micro Focus reserves all rights regarding and objections to the substance of the subpoenas, including to their overbreadth, undue burden, vagueness, and ambiguity.



June 9, 2023
Page 2

        Very truly yours,

        */s/ Elizabeth M. Manno*

        Elizabeth M. Manno