# Exhibit 11

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

750 17TH STREET NW, SUITE 850
WASHINGTON, DC 20006
TELEPHONE (202) 831-6262

1800 AVENUE OF THE STARS, SUITE 900

**LOS ANGELES, CALIFORNIA 90067**

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

**WRITER'S DIRECT**
TELEPHONE (310) 203-7527
FACSIMILE (310) 203-7199
MHarbour@irell.com

June 12, 2023

**VIA E-MAIL**

Elizabeth E. Manno
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 200001
EMManno@Venable.com

Re:  *Google LLC v. Valtrus Innovations Ltd.,* IPR2022-01545, IPR2022-01497

Dear Elizabeth:

We disagree with the assertions made in your letter dated June 9, 2023.

As we previously explained, the reason why Valtrus served multiple Micro Focus offices was because we did not know which Micro Focus entity or office was in possession or control of the relevant Verity source code. Micro Focus is head quartered in Great Britain, and its prior SEC filings list multiple US-based Micro Focus entities. As we also previously explained, the subpoenas are identical. They thus do not create an undue burden or require Micro Focus to respond to multiple different discovery requests.

During our call on June 6, 2023, you requested that we instruct the process server to serve the subpoenas on Micro Focus's registered agents, which we did. Further, on June 8, 2023, we stated via email that Valtrus would cease serving additional subpoenas as long as Micro Focus confirmed that any of the Micro Focus entities that have already been served was in possession of and could produce the relevant source code. We still have not received a response from Micro Focus. Please confirm that the already served subpoenas are sufficient, and the Micro Focus offices that have been served are in possession of can produce the responsive source code. We can then stop serving additional offices.

Your June 9, 2023 letter asserts for the very first time that the subpoenas that Valtrus has served are somehow "invalid." This is incorrect.

First, it is not necessary that a subpoena under 35 U.S.C. § 24 be issued by a clerk of a U.S. District court.[1] The statute incorporates the Federal Rules of Civil Procedure. 35

---

[1] In addition, Micro Focus's failure to timely raise this objection is highly prejudicial given the pending deadlines in the underlying IPRs of which Micro Focus is well aware.

0.0

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

600 Mass
June 12, 2023
Page 2

U.S.C. § 24 ("The provisions of the Federal Rules of Civil Procedure relating to the attendance of witnesses and to the production of documents and things shall apply to contested cases in the Patent and Trademark Office."). Rule 45(a)(3) of the Federal Rules permit issuance by an attorney. *See El Encanto, Inc. v. Hatch Chile Co., Inc.*, 825 F.3d 1161, 1164 (10th Cir. 2016) (35 U.S.C. § 24 "affords parties the right to compel nonparties to provide documents under Rule 45.").

Second, the fact that Google has sought reconsideration of the PTAB's order is irrelevant. That order remains in effect, and Micro Focus cannot engage in self-help by refusing to respond to a valid subpoena while Google's motion is pending. *See, e.g., Kramer v. NCS Pearson, Inc.*, No. CIV. 03-1166 JRTFLN, 2003 WL 21640495, at *2 (D. Minn. June 30, 2003) ("Discovery is not automatically placed on hold while alternate motions are pending.") (collecting cases). Similarly, the fact that Valtrus has sought reconsideration so that it can obtain *additional* discovery from Micro Focus in no way excuses Micro Focus's obligation to respond and produce witnesses, documents, and source code that are responsive to Valtrus's current requests.

Valtrus remains willing to work with Micro Focus to ease the burden on Micro Focus in responding to the subpoenas. We had previously provided you with a list of the features we are interested in, and I am also attaching the claim charts for the Patent Nos. 6,728,704 and 6,738,764 for further discussions on how Micro Focus's searches can be targeted. If, however, Micro Focus improperly continues to refuse to comply with Valtrus's subpoenas, Valtrus will seek to compel production and hold Micro Focus in contempt.

Sincerely,

/s/ Michael D. Harbour

Michael D. Harbour

0.0

# ATTACHMENT 2: CLAIM CHART FOR PATENT NO. 6,728,704

| Element | Claim | Reference |
|---|---|---|
| 1[a] | A method of **merging result lists** from **multiple Search engines**, said method comprising: | "Verity K2 Toolkit allows brokered **searches across multiple servers and multiple CPUs** to provide the **most relevant search results from many information sources** without sacrificing the speed or accuracy of the results displayed." EX2004, at 27.<br><br>"The Verity K2 Toolkit is a highly scalable knowledge retrieval solution that allows corporate or e-commerce portals to **search across multiple remote servers and CPUs** . . . With the Verity K2 Toolkit, users can access large volumes of unstructured information on their intranets or the Internet without sacrificing desktop performance."  EX2004, at 24.<br><br>"At the heart of an enterprise portal is the ability to **search across multiple sources of information** and provide search, **categorization and classification** of queries," said Anthony J. Bettencourt, president of Verity. If customers cannot find and organize what they want in a reliable, expedient manner, how can businesses sell to them? Oracle recognizes Verity's capabilities to help companies leverage their data sources via Verity's user-friendly enterprise solution." EX2004, at 8.<br><br>Verity's technology is designed to make it easier for individuals, workgroups, departments and enterprises to filter, search, retrieve, analyze and navigate a wide variety of data sources to get the information they need. Powerful agents **search across vast amounts of data**, **delivering only the most relevant information directly to the desktop**. EX2011, at 102.<br><br>"Verity has introduced a federated search capability in the K2 Enterprise platform that enables this kind of **cross-repository investigation** to take place. In the Verity environment, any or all of the kinds of sources mentioned above can be included in a **ranked set of search results**, and the business user need not know anything about the access details of the sources." EX2012, at 12.<br><br>"Verity's software is characterized by its rich offering of features, including parametric and **ranked searching**, categorization and concept extraction, personalization, security, and social network identification and building . . . Verity can **rerank the documents retrieved from multiple repositories** so that they are returned in **true ranked order**. This is particularly important if the contents of the separate repositories differ widely in either the subject content or the size of the documents being searched . . . With Verity K2 Enterprise software, drug companies can **combine multiple internal and external information sources within a single portal** that uses a single search, classification, and social network application to handle all information access and analysis tasks." EX2013, at 9-10.<br><br>"The portal technology based on K2 Toolkit has decisive benefits for fast and successful searching and **ordering** from WOM's **giant online music catalogue**." EX2004, at 14.<br><br>"Verity's high-performance portal infrastructure technologies, including Verity® K2 Toolkit, Verity&Mac226; Developer's Kit, and Verity&Mac226; Profiler, were selected to power the new site because of their flexibility, scalability, support for |

- 1 -

Valtrus Ex 2024
Google v Valtrus
IPR2022-01545

| | | |
|---|---|---|
| | | natural language queries and full-text search as well as **relevancy ranking capabilities**." EX2004, at 34-35.<br><br>"Verity federated search technology allows users to submit a single query to **multiple Verity and non-Verity information sources**, and receive the **results in a merged and ranked list that has been filtered for duplicate results.**" EX2014, at 14. |
| 1[b] | **transmitting a query** to a set of search engines, | "Verity K2 Toolkit interfaces with business portal software to help users accurately **search hundreds of millions of unstructured documents almost instantaneously**." "The Verity K2 Toolkit will enable our **customers to search** through TSMC Online quickly and easily." EX2004, at 11.<br><br>"Verity portal infrastructure software allows business exchange users to quickly and accurately **search** through multiple sources of data including service manuals, emails, data sheets, consumer reports, and other related information. In addition, **Verity search** capabilities and business rules allow **users to define what they are looking for** in ways that will allow the system to generate results that best meet their needs." EX2004, at 8. |
| 1[c] | receiving in response to said query a **result list** from each search engine of said set of search engines, each result list including one or more entries | "K2 uses a parallel, multi-tiered architecture. This design supports multiple search brokers communicating with multiple search servers. The K2 broker consolidates client search requests, passes them on to K2 servers and consolidates search results. K2 servers process the search and **return results to the broker**." EX2015, at 3.<br><br>"Some of the key attractions for using Verity are its scalability and ability to index, categorize and **provide search results for large amounts of information from different sources**." EX2004, at 5.<br><br>Verity search capabilities and business rules allow users to define what they are looking for in ways that will allow the system to **generate results** that best meet their needs." EX2004, at 8.<br><br>"Verity K2 Toolkit will deliver high-performance index, search, **retrieval** and view functionality for over 200 structured and unstructured documents formats…" EX2004, at 11.<br><br>"And then the connected systems, using the Verity Tools, are in a position to deliver a balanced service and equal response times." EX2004, at 14. |
| 1[d] | selecting a subset of entries from each result list to form a set of selected entries, | "Methods that are used to build categories vary. One approach is to take the details and start placing them in '**buckets**.' This approach is termed 'Bottom-Up' . . . [A] Bottom-Up approach would start **by separating a subset of documents** . . .The Bottom-Up approach thus expands categories iteratively as part of the classification process." EX2016, at 15.<br><br>"A bottom-up design works best when you have documents which are representative of many other documents that contain similar information." EX2017, at 127.<br><br>"It is the mechanism by which the Bucketsets and Buckets interact (through their parametric representation) that allows complex set operations (based on nested intersects and unions) to be applied to them. This mechanism results in: (a) |

Valtrus Ex 2024
Google v Valtrus
IPR2022-01545

| | | real time cardinality statistics for these operations, and (b) an iterative refinement of the operations applied to the database, which can result in the reduction of old Buckets and the inclusion of new Buckets…" EX2018, at 2.<br><br>Using Verity's powerful search**, data categorization and intelligent classification tools**, clients can create better Web-based gateways to company information – speeding retrieval and improving data sharing across an enterprise. EX2004, at 16.<br><br>"Verity will provide the solution, which includes advanced search and **intelligent classification of information**, connecting the bank's internal and external data repositories and its websites." EX2004, at 5. |
|---|---|---|
| 1[e] | **assigning** to each **selected entry** of said set of selected entries a **scoring value** according to a scoring function; | When processing a search agent, the Verity search engine **calculates a score for each selected document** behind the scenes. A **document score** can be in the range from 1.0 to 0.01. The higher a document's score, the more relevant it is. Using the **score assignments for documents** selected by a search agent, Verity applications can present relevance-ranked results in descending order to application users . . . [B]y assigning weights you can fine-tune the importance of things you are looking for. EX2017, at 113-14.<br><br>"Relevance ranking is the ability of the Full-Text Search engine to assign the **score parameter a value that indicates how well a document satisfies a query**. The score calculation depends on the search operator used in the query. The closer the document satisfies the query, the higher the score value is for that document. For example, if you search for documents that contain the word 'rain,' a document with 12 occurrences of 'rain' receives a higher score value than a document with 6 occurrences of the 'rain.'" EX2017, at 46.<br><br>"Workers also perform post-processing on the results returned by other workers, e.g., to **provide uniform scores for results** returned from different sources, filtering, etc." EX2019, at 1.<br><br>"Portal One uses the same criteria to **evaluate information** that comes from different sources or applications, delivering more accurate results than searches that are farmed out to multiple search engines." EX2020, at 2. |
| 1[f] | assigning to each **subset** a **representative value** according to the **scoring values** assigned to its entries, and | When processing a search agent, the Verity search engine **calculates a score for each selected document** behind the scenes. A **document score** can be in the range from 1.0 to 0.01. The higher a document's score, the more relevant it is. Using the **score assignments for documents** selected by a search agent, Verity applications can present relevance-ranked results in descending order to application users . . . [B]y assigning weights you can fine-tune the importance of things you are looking for. EX2017, at 113-14.<br><br>"Relevance ranking is the ability of the Full-Text Search engine to assign the **score parameter a value that indicates how well a document satisfies a query**. The score calculation depends on the search operator used in the query. The closer the document satisfies the query, the higher the score value is for that document. For example, if you search for documents that contain the word 'rain,' a document with 12 occurrences of 'rain' receives a higher score value than a document with 6 occurrences of the 'rain.'" EX2017, at 62. |

Valtrus Ex 2024
Google v Valtrus
IPR2022-01545

| | | |
|---|---|---|
| | | "**The higher a document's score, the more relevant it is**. Using the score assignments for documents selected by a search agent, Verity applications can present relevance-ranked results in descending order to application users . . . [B]y **assigning weights** you can fine-tune the importance of things you are looking for. EX2017, at 113-14.<br><br>"To give users direct input to the relevancy ranking process, Verity allows individual search terms to be assigned a **relative importance, or weight**. Verity Information Server interprets the weights and **assigns a higher relevancy ranking** to documents that contain search terms with a **higher weighting**. EX2021, at 2.<br><br>"When you **assign a weight** to the child of a topic which uses a concept operator, you **specify the relative contribution** of that child to the overall score produced by a topic." EX2017, at 115. |
| 1[g] | producing a **merged list** of entries in a predetermined manner based on the **representative value** assigned to each result list, | "**The higher a document's score, the more relevant it is**. Using the score assignments for documents selected by a search agent, Verity applications can present relevance-ranked results in descending order to application users . . . [B]y **assigning weights** you can fine-tune the importance of things you are looking for. EX2017, at 113-14.<br><br>"To give users direct input to the relevancy ranking process, Verity allows individual search terms to be assigned a **relative importance, or weight**. Verity Information Server interprets the weights and **assigns a higher relevancy ranking** to documents that contain search terms with a **higher weighting**. EX2021, at 2<br><br>"When you **assign a weight** to the child of a topic which uses a concept operator, you **specify the relative contribution** of that child to the overall score produced by a topic." EX2017, at 115.<br><br>"Verity's **federated search returns merged and ranked results from multiple information sources**. For example, a clinical researcher in a pharmaceutical company could submit one query for "penicillin allergies" and receive results from the company's Verity-powered intranet, Hoover's Online, Factiva, Google and other information sources. Duplicate results are automatically eliminated, and the list can be sorted for relevancy or re-ranked by source and category." EX2022, at 1.<br><br>"**The merge utility lets you combine multiple collections into a single, large collection**. This is useful for merging smaller collections built from different sources into one collection. EX2023, at 59. |
| 1[h] | wherein the **representative value** varies in accordance with predetermined manner. | "**The higher a document's score, the more relevant it is**. Using the score assignments for documents selected by a search agent, Verity applications can present relevance-ranked results in descending order to application users . . . [B]y **assigning weights** you can fine-tune the importance of things you are looking for. EX2017, at 113-14.<br><br>"To give users direct input to the relevancy ranking process, Verity allows individual search terms to be assigned a **relative importance, or weight**. Verity Information Server interprets the weights and **assigns a higher relevancy** |

- 4 -

| | | |
|---|---|---|
| | | **ranking** to documents that contain search terms with a **higher weighting**. EX2021, at 2

"When you **assign a weight** to the child of a topic which uses a concept operator, you **specify the relative contribution** of that child to the overall score produced by a topic." EX2017, at 115. |

- 5 -

# ATTACHMENT 2: CLAIM CHART FOR PATENT NO. 6,738,764

| Element | Claim | Reference |
|---|---|---|
| 1[a] | A method of **ranking search results**, comprising: | Using the score assignments for documents selected by a search agent, Verity applications can present **relevance-ranked results** in descending order to application users . . . [B]y assigning weights you can **fine-tune the importance of things you are looking for**. EX2007, at 113-14.<br><br>"To give users direct input to the **relevancy ranking process**, Verity allows individual search terms to be assigned a relative importance, or weight. Verity Information Server interprets the weights and **assigns a higher relevancy ranking** to documents that contain search terms with a higher weighting. EX2017, at 2.<br><br>Verity K2 Toolkit allows brokered searches across multiple servers and multiple CPUs to provide the **most relevant search results** from many information sources without sacrificing the speed or accuracy of the results displayed. EX2004, at 21.<br><br>"Verity has introduced a federated search capability in the K2 Enterprise platform that enables this kind of cross-repository investigation to take place. In the Verity environment, any or all of the kinds of sources mentioned above can be included in a **ranked set of search results**, and the business user need not know anything about the access details of the sources." EX2018, at 12.<br><br>"Verity's software is characterized by its rich offering of features, including parametric and **ranked searching**, categorization and concept extraction, personalization, security, and social network identification and building . . . Verity can **rerank the documents** retrieved from multiple repositories so that they are returned in **true ranked order**. This is particularly important if the contents of the separate repositories differ widely in either the subject content or the size of the documents being searched . . . With Verity K2 Enterprise software, drug companies can **combine** multiple internal and external information sources **within a single portal** that uses a single search, classification, and social network application to handle all information access and analysis tasks." EX2019, at 9.<br><br>"Verity's high-performance portal infrastructure technologies, including Verity® K2 Toolkit, Verity&Mac226; Developer's Kit, and Verity&Mac226; Profiler, were selected to power the new site because of their flexibility, scalability, support for natural language queries and full-text search as well as **relevancy ranking capabilities**." EX2004, at 34.<br><br>"Verity federated search technology allows users to submit a single query to multiple Verity and non-Verity information sources, and receive the **results in a merged and ranked list that has been filtered for duplicate results.**" EX2020, at 14.<br><br>"The VDK enables the organization and **relevance ranking** of selected information, thereby allowing users to filter and evaluate information personalized to their specific needs and interests." EX2004, at 34. |
| 1[b] | producing a **relevance score** for a **document** in **view of a query**, | When processing a search agent, the Verity search engine **calculates a score** for **each selected document** behind the scenes. A **document score** can be in the range from 1.0 to 0.01. The **higher a document's score, the more relevant it** |

Valtrus Ex 2026
Google v Valtrus
IPR2022-01497

| | | |
|---|---|---|
| | | **is**. Using the **score assignments for documents** selected by a search agent, Verity applications can present relevance-ranked results in descending order to application users . . . [B]y assigning weights you can fine-tune the importance of things you are looking for. EX2007, at 113-14.<br><br>"Relevance ranking is the ability of the Full-Text Search engine to assign the **score parameter a value that indicates how well a document satisfies a query**. The score calculation depends on the search operator used in the query. The closer the **document** satisfies the **query**, **the higher the score value** is for **that document**. For example, if you search for documents that contain the word 'rain,' a document with 12 occurrences of 'rain' receives a higher score value than a document with 6 occurrences of the 'rain.'" EX2007, at 46.<br><br>"Workers also perform post-processing on the results returned by other workers, e.g., to provide uniform **scores** for **results** returned from different sources, filtering, etc." EX2021, at 1.<br><br>"With the K2 Toolkit a differentiated search is possible, which determines the **quality of the search results** depending on the type of search (quick search, genre search, sub-genre search, professional music search, classical, video) and the **implementation of weighting parameters for the relevant characteristics** (title, album, track, singer, new, bestseller, import and (exclusive to WOM) article number)." EX2004, at 14. |
| 1[c] | calculating a **similarity score** for said query utilizing a **feature vector that characterizes attributes** and query words of a different query associated with said **document**; | "Generate a taxonomy from document clusters produced by Verity's clustering algorithm. Each **document** in the collection (or in a selected subset) **is represented by a feature vector** . . . Verity's regularized Logistic Regression Classifier (LRC) . . . automatically learns a classification rule from a set of documents that are labelled as relevant or irrelevant to a category. Let a **document** be represented by a **feature vector** $x = [t_1, t_2, \ldots t_d]^T$, and $r$ be the relevancy measure of the document with respect to the topic, $0.0 \leq r \leq 1.0$. Given a set of relevant documents and a set of irrelevant documents for a category, the LRC learning algorithm learns a regression function<br><br>$$\log(r/(1 - r)) = w_1 t_1 + w_2 t_2 + w_d t_d + b = f(\mathbf{w}, \mathbf{x})$$<br><br>such that the separation between these two sets of documents is maximized . . .Once the regression function is determined, a future document can be assigned to the category if the relevancy score $r$ for the document is greater than a pre-specified threshold (usually 0.5). The relevance score can be computed as follows.<br><br>$$r = 1/(1 + \exp\{-f(\mathbf{w}, \mathbf{x})\})$$<br><br>EX 2006, at 3.<br><br>"Support Vector Machine (SVM) is a refinement of taxonomy-by-example. These algorithms are derived from statistical learning theory. SVM's calculate the maximum "separation," in multiple dimensions of one document from another. **Each document—essentially a collection of words and phrases that together have meaning—can be represented as a vector.** The direction of the vector is determined by the words (dimension) it spans. The magnitude of the vector is determined by how many times each word occurs in the document (distance traveled in each dimension). |

- 2 -

|  |  | As this iterative method continuously analyses documents, it separates them into either the "relevant" side or the "irrelevant" space. By repeating the process it categorizes those documents that are "relevant" into like categories, but more importantly learns how they are different." EX2022, at 18.<br><br>"The **similarity measure**, often a correlation, may be optimized based on the available training set." "It should be apparent that a **feature vector** is a **representation of real world objects** . . ." EX2023, at 2.<br><br>"The query-by-example (QBE) parser supports searching for similar documents, a search method sometimes referred to as **similarity searching**." EX2024, at A-6.<br><br>"'query by example' [is] where a user submits a document to the information retrieval system, which returns documents that closely match the input document . . . Each document is represented internally as a set of weighted terms. These terms correspond to the most important terms in the document. The set of weighted terms is called a **feature vector** of the **document**[, which] does not contain all the terms in the document[,] only the salient terms that capture, in a sense, the essence of the document. The **vectors** are normalized to enable **cosine computations** . . . A similar document search is initiated when an input document D and a target collection C are presented. The first step in the search process is to retrieve the **feature vector v** of D. The next step is to compare the feature vector with the feature vectors of the other documents in the target collection C. The final step is to return the match results. The matching is based on the inner product or **cosine distance** between **vectors**. . . We believe that it is faster to retrieve the features of a document with the vector representation, rather than from the inverted index. Since similar document search essentially translates to a larger query search, preliminary experiments suggests that it is more efficient to use the vector model than an inverted index model for processing such queries with 50 terms or more." EX2025, at 5, 8. |
| 1[d] | assigning a **rank value** for said document based upon said **relevance score** and said similarity score, | See Elements [1b] and [1c].<br><br>"The **higher the weight** you assign to the child, **the higher selected documents** which contain that child **will appear in the list of results**. Thus, **weights** directly affect the **importance, or ranking, of selected documents**." EX2007, at 115.<br><br>"The **higher a document's score**, **the more relevant it is**. Using the **score assignments for documents** selected by a search agent, Verity applications can present **relevance-ranked results in descending order** to application users . . . [B]y **assigning weights you can fine-tune the importance of things you are looking for**. EX2007, at 113-14. |

- 3 -

Valtrus Ex 2026<br>Google v Valtrus<br>IPR2022-01497