# Exhibit 13

6/19/23, 12:55 PM
Autonomy pays $500m to acquire Verity - Information World Review
Case 2:23-mc-00399-JNP    Document 1-15    Filed 06/19/23    PageID.221    Page 2 of 3

