Erik A. Christiansen, USB #7372
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
ecf@parsonsbehle.com

Elizabeth M. Manno *(pro hac vice pending)*
Matthew R. Alsip *(pro hac vice pending)*
**VENABLE LLP**
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4253
emmanno@Venable.com
mralsip@Venable.com

*Attorneys for Respondent Micro Focus Software, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., <br><br> Petitioner, <br><br> vs. <br><br> MICRO FOCUS SOFTWARE, INC. <br><br> Respondent. | **STIPULATED MOTION FOR EXTENSION OF TIME** <br><br> Case No. 2:23-mc-00399- RJS <br><br> Judge: Hon. Robert J. Shelby |

Pursuant to Federal Rule of Civil Procedure 6(b), Micro Focus Software, Inc. ("Micro Focus") by and through undersigned counsel, files this Stipulated Motion for Extension of Time (the "Motion") to extend the time by which it must file its response to Valtrus Innovations Ltd.'s

1

("Valtrus") Motion to Compel (ECF No. 1) (the "Response"). The Response is currently due on July 3, 2023. Good cause exists to extend the Response's due date because the parties are currently attempting to resolve the Motion to Compel without the Court's intervention, but the parties' efforts are being delayed by the July 4th holiday. Accordingly, counsel for Micro Focus and counsel for Valtrus have agreed that Micro Focus may have until July 6, 2023, to file Micro Focus's Response. Because good cause exists to extend the Response deadline, and because the parties have agreed to the deadline extension, Micro Focus requests that the Court grant its Motion.

DATED July 3, 2023.

*/s/ Erik A. Christiansen*
Erik A. Christiansen
PARSONS BEHLE & LATIMER

Attorney for Respondent Micro Focus Software, Inc.

AND

*/s/ Michael D. Harbour (signed with permission)*
Michael D. Harbour
IRELL & MANELLA LLP

Attorney for Petitioner Valtrus Innovations Ltd.

4868-1550-3726.v2

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2023, I electronically filed the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Kat Ockey