Kade N. Olsen (17775)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
twelch@parrbrown.com
kolsen@parrbrown.com

Michael D. Harbour (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 203-7527
mharbour@irell.com

*Attorneys for Valtrus Innovations Limited*

# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF UTAH

| | |
|---|---|
| VALTRUS INNOVATIONS LIMITED<br><br>v.<br><br>MICRO FOCUS SOFTWARE, INC. | VALTRUS INNOVATIONS LIMITED'S MOTION TO REOPEN CASE TO ENFORCE STIPULATED DISMISSAL<br><br>Civil. Action No. 2:23-mc-399-RJS<br><br>Judge Robert J. Shelby |

11234403

Valtrus Innovations LLC ("Valtrus") respectfully requests that the Court reopen this matter so that the Court may consider Valtrus's concurrently filed Motion to Enforce the Joint Stipulation of Dismissal entered between Valtrus and Micro Focus Software Inc.'s ("Micro Focus") on July 7, 2023. Dkt. 27. On July 10, 2023, the Court dismissed this case "without prejudice, pursuant to the terms of the Stipulation." Dkt. 28. The Stipulation states that the Court "retains jurisdiction to enforce the terms of this stipulation." Dkt. 27 ¶ 13.

As explained in the concurrently filed Motion to Enforce the Stipulation, Micro Focus has not complied with the terms of the Stipulation. The Court should therefore reopen this case so that Valtrus may have the opportunity to enforce its rights under that agreement.

Requiring Valtrus instead to open a new miscellaneous action would waste judicial resources and result in unnecessary delay. This Court is already familiar with this dispute. And when Valtrus filed the initial Motion to Compel, multiple judges had to review conflicts and then recuse themselves before the action was finally assigned to this Court. Furthermore, unnecessary delay would prejudice Valtrus given the expedited nature of the *inter partes* proceedings.

Dated: July 27, 2023.

/s/Michael D. Harbour

Michael D. Harbour

PARR BROWN GEE & LOVELESS
Terry E. Welch
Kade N. Olsen

IRELL & MANELLA LLP
Michael D. Harbour

*Attorneys for Valtrus Innovations Limited`*