Kade N. Olsen (17775)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
twelch@parrbrown.com
kolsen@parrbrown.com

Michael D. Harbour (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 203-7527
mharbour@irell.com

*Attorneys for Valtrus Innovations Limited*

# UNITED STATES DISTRICT COURT
## FOR DISTRICT OF UTAH

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LIMITED | § | VALTRUS INNOVATIONS LIMITED'S MOTION TO ENFORCE STIPULATION |
| v. | § § § | |
| MICRO FOCUS SOFTWARE, INC. | § § § § § | Civil. Action No. 2:22-mc-399 |

11234403

## INTRODUCTION

Valtrus Innovations LLC ("Valtrus") files this motion to compel Micro Focus Software Inc.'s ("Micro Focus") compliance with the parties' Joint Stipulation of Dismissal entered on July 7, 2023. Dkt. 27. This dispute concerns Valtrus's attempts to enforce two subpoenas on Micro Focus that were issued pursuant to *inter partes* review proceedings pending before the Patent Trial and Appeal Board ("PTAB") between Valtrus and Google LLC ("Google"). In these proceedings, Google claims that two of Valtrus's patents are invalid based on various prior art. Micro Focus is in possession of source code (the Verity K2 software) that would demonstrate that the claimed inventions at issue were conceived and reduced to practice before the alleged "prior art" on which Google relies.

Micro Focus initially refused to respond to the subpoenas on a number of grounds. *See* Dkt. 17. The parties then entered into a stipulation in an effort to settle this dispute. Dkt. 27. Among other things, Micro Focus agreed that it would "conduct a reasonable, good faith search for the documents and source code that are responsive to the requests contained in the subpoenas issued by the district court clerk (the 'Requests') and will produce responsive documents and source code that are located to Valtrus by July 20, 2023." Dkt 27 ¶ 3.

Unfortunately, Micro Focus has not complied with the stipulation.  On July 20, 2023, Micro Focus informed that it had located Verity K2 source code it claims is from 2006. This source code is highly relevant because there is evidence demonstrating that the code had not materially changed in a material way from its initial release on or around the beginning of 2001 and would thus reflect the state of the software before the prior art identified by Google in the pending IPRs. Micro Focus, however, has refused to produce this source code on the grounds that it is not responsive to Valtrus's requests.  As explained below, this is incorrect.

Micro Focus also has not produced any documents relating to the Verity K2 source code. It is implausible that no such documents exist given that Valtrus was able to find references to the Verity K2 source code on Micro Focus's website.  Micro Focus should at the very least be required to produce

any prior versions of its website located in its archives that discuss the Verity K2 software.

## **BACKGROUND**

Valtrus is the successor in interest to a substantial patent portfolio created by Hewlett Packard Enterprise ("HPE") and its predecessor companies, including Verity. Those patents include U.S. Patent Nos. 6,728,704 ("the '704 Patent") and 6,738,764 ("the '764 Patent"). The '704 Patent application was filed on August 27, 2001 and the '704 Patent issued on April 27, 2004. Dkt. 1-4. The '764 Patent application was filed on May 8, 2001 and the '764 Patent issued on May 18, 2004. Dkt. 1-5.

In the PTAB proceedings,[1] Google seeks to invalidate the '704 and '764 Patents by arguing that certain patents filed before the '704 and '764 Patents rendered obvious claims in the '704 and '764 Patents. More specifically, Google asserts in the IPR2022-01545 proceeding that the '704 Patent is obvious in view of U.S. Patent No. 6,711,569 ("Bushee"). *See* Dkt. 1-9, at 2-3. The application leading to the Bushee patent was filed on July 24, 2001, a bit over a month prior to the filing date of the '704 patent. Dkt. 1-7. In the IPR2022-01497 proceeding, Google asserts that the '764 Patent is obvious in view of U.S. Patent No. 7,231,381 ("Li"). *See* Dkt. 1-9, at 2-3. The application leading to the Li patent was filed on March 13, 2001, about 1.5 months before the filing date of the '764 Patent. Dkt. 1-8.

Valtrus, however, believes that the inventions claimed in the '704 and '764 Patents were conceived before Bushee and Li respectively. These inventions appeared in Verity source code that was used, published, and/or sold prior to the filing dates of these patents. *In re Steed*, 802 F.3d 1311, 1316 (Fed. Cir. 2015) ("[A] patent owner may antedate a reference by either showing actual reduction to practice prior to the effective date of the adverse reference or conception prior to the effective date

---

[1] *See Google LLC v. Valtrus Innovations Ltd.*, IPR2022-01545 and IPR2022-01497 (P.T.A.B. Apr. 12, 2023).

of the adverse reference plus diligence to actual or constructive reduction to practice by the patent owner.").

Accordingly, Valtrus filed motions for additional discovery in both PTAB proceedings on May 1, 2023 so that it could seek source code and other documents from Micro Focus. The PTAB reviewed and granted these requests. Dkt. 1-9 (*Google LLC v. Valtrus Innovations Ltd.*, IPR2022-01497, IPR2022-01545, Paper 22 (P.T.A.B. May 23, 2023)). As relevant here, one of the discovery requests approved by the PTAB included the following:

> Document(s) or thing(s) sufficient to show the content and operation of Verity K2 software, including for the Verity K2 Toolkit and Verity K2 Catalog, as it existed on or before March 12, 2001. Responsive documents or things include, **for example, a copy of Verity K2 source code**, including for the Verity K2 Toolkit and Verity K2 Catalog and **written descriptions of the same** as it existed on or before March 12, 2001.

Dkt. 1-9 at 19 (emphasis added).

After Valtrus served subpoenas on Micro Focus, Micro Focus objected and refused to comply "due to various procedural and substantive issues." Dkt. 27 at 1. Valtrus filed a motion to compel compliance in this Court, Dkt. 1, and requested that the court clerk issue the subpoenas to Micro Focus to address Micro Focus's procedural objections, Dkt. 14.

Before the Court ruled on Valtrus's motion, the parties reached an agreement to resolve the motion without court intervention and entered a stipulated dismissal. Dkt. 27. Valtrus made numerous concessions as part of this agreement. For example, it agreed to (1) withdraw its motion to compel and all subpoenas it had served on any Micro Focus entity other than the ones issued by this Court; (2) compensate Micro Focus time spent conducting a good faith search and production; and (3) release Micro Focus from any claims relating to the '704 and '764 patents. Dkt. 27 ¶¶ 1, 2, 10. Valtrus also agreed that, if responsive materials were produced, they would be designated as Highly Confidential Source Code in the PTAB proceedings pursuant to an agreed upon protective order. Dkt. 27 ¶ 9. In exchange, Micro Focus agreed to, among other things, "conduct a reasonable, good faith search for

the documents and source code that are responsive to the requests contained in the subpoenas issued by the district court clerk (the 'Requests') and will produce responsive documents and source code that are located to Valtrus by July 20, 2023." Dkt. 27 ¶ 3.

On July 20, 2023, Micro Focus informed Valtrus that it had located Verity K2 source code from 2006, which was roughly when Verity was acquired by another company called Autonomy Corporation PLC. Declaration of Michael Harbour ("Harbour Decl."), ¶ 2.[2] Valtrus asked when this code would be made available. Harbour Decl., Ex. A.  Micro Focus, however, refused to produce it, claiming that it was non-responsive to Valtrus's request since it was from 2006. *Id.*  To address Micro Focus's objection, Valtrus provided Micro Focus with documents indicating that the source code had not changed materially from 2001 to 2006 after Autonomy acquired Micro Focus. A website hosted by a company called New Idea Engineering, which sells and helps clients implement search technology, states: "When Autonomy bought Verity it was assumed most K2 customers would upgrade to the IDOL platform, and many have. Autonomy even offers a hybrid version of K2 which includes the IDOL engine underneath. But many sites are still using good old K2. They have a perpetual license and the system is generally working fine." Harbour Decl., Ex. B.

This indicates that, when Autonomy acquired Verity in 2006, it did not implement any changes to the Verity K2 product, but continued to sell that product as is.  Accordingly, the 2006 source code would likely reflect the features that were in place when Verity K2 toolkit was released in January of the 2001. Harbour Decl., Ex. D.  Despite this, Micro Focus has refused to provide Valtrus with this source code.[3]

---

[2] Autonomy PLC was later acquired by HPE who later sold this portion of its business to Micro Focus. Dkt. 27 at 6, Dkt. 27-2.

[3] Pursuant to the Stipulated Dismissal, the parties met and conferred by telephone on July 27, 2023 before Valtrus filed this motion, but were not able to reach a resolution.

During the parties' discussions, Valtrus also asked Micro Focus if had located any relevant versions of the Verity K2 website in its archives.  Harbour Decl., Ex A at 2. Micro Focus responded that the "2006 code was all that Micro Focus was able to locate upon a reasonable search, including archives."  *Id.* This is not plausible given that Valtrus on its own was able to identify versions of the Micro Focus website that discuss the Verity K2 software code. Harbour Decl., Ex. C.  These documents could also indicate what features were in place when the software was released in 2001.

## ARGUMENT

The parties' Stipulated Dismissal states that "[t]he U.S. District Court for the District of Utah retains jurisdiction to enforce the terms of this stipulation." Dkt. 27 ¶ 13. The Court should require Micro Focus to abide by the agreement that it made. *Castleglen, Inc. v. Commonwealth Sav. Ass'n*, 118 F.R.D. 515, 516 (D. Utah 1988) ("[C]ourts have the power to enforce a stipulation between parties to a lawsuit . . . .") (citing *U.S. v. Northern Colorado Water Conservancy District*, 608 F.2d 422 (10th Cir.1979)). Under the Federal Rules, Valtrus may obtain non-party discovery so long as it is "relevant to any [] claim or defense and proportional to the needs of the case." *McCraw v. TruVision Health, LLC*, No. 2:19-CV-00417-CW-CMR, 2021 WL 2949531, at *1 (D. Utah Mar. 25, 2021) (quoting Fed. R. Civ. P. 26(b)(1)). The 2006 Verity K2 source code clearly satisfies this standard.

## I.   THE VERITY K2 SOURCE CODE IS RELEVANT AND RESPONSIVE TO VALTRUS'S REQUEST

As explained above, Valtrus's discovery requests include documents "sufficient to show the content and operation of Verity K2 software, including for the Verity K2 Toolkit and Verity K2 Catalog, as it existed on or before March 12, 2001." Dkt. 14-1 at Ex A, p. 1.  The 2006 version of the source code and any written descriptions of this code are  clearly relevant and responsive to this request. Valtrus has produced evidence in the PTAB proceedings demonstrating that Verity Released the Verity K2 software as early as January of 2001. Harbour Decl., Ex D at 37 (January 29, 2001 Verity press release "announc[ing] the immediate availability of Verity ® K2 Catalog."); *id* at 34

(January 8, 2001 Verity press release discussing the features of the "Verity K2 Tool Kit.").  As discussed above, Valtrus has also identified evidence that, when Autonomy acquired Verity in 2006, it continued to sell the K2 software as is.  Harbour Decl., Ex.B .

The 2006 version of the Verity K2 source code and any "written descriptions of the same" are thus responsive to Valtrus's request because it "could lead to the discovery of admissible evidence relating to" "the content and operation of Verity K2 software . . . as it existed on or before March 12, 2001" (Dkt. 14-1 at Ex A, p. 1). *HR Tech., Inc. v. Imura Int'l U.S.A., Inc.*, No. 08-2220-JWL, 2010 WL 4792388, at *6 (D. Kan. Nov. 17, 2010) (rejecting contention that documents were not responsive); *see also LifeVantage Corp. v. Domingo*, No. 2:13-CV-01037-DB-PMW, 2015 WL 5714426, at *3 (D. Utah Sept. 29, 2015) (documents are discoverable so long as they are "reasonably calculated to lead to the discovery of admissible evidence") (quoting  Fed.R.Civ.P. 26(b)(1)). If, as Valtrus's evidence suggests, there has been no material change to Verity K2 software since its release, then the 2006 version of the software would constitute evidence of content and operation of that software in 2001.

## II.   PRODUCTION OF THE VERITY K2 SOURCE CODE WILL ALSO IMPOSE NO UNDUE BURDEN ON MICRO FOCUS

Production of the 2006 Verity K2 source code and any related documents describing its contents and features will also impose no "undue burden or expense" on Micro Focus. *McCraw v. TruVision Health, LLC*, No. 2:19-CV-00417-CW-CMR, 2021 WL 2949531, at *1 (D. Utah Mar. 25, 2021) (denying motion to quash).

 First, Micro Focus has already searched for and located this source code.  All it has to do now is make it available to Valtrus. Valtrus has also agreed to reimburse Micro Focus for any expenses it has incurred from searching for and producing this code. Dkt. 27 ¶ 3.

Second, Valtrus has further agreed to a protective order under which this source code will treated as "Highly Confidential Source Code" in the PTAB proceedings. Dkt. 27 ¶ 9. Valtrus has

submitted this protective order to the PTAB, Harbour Decl., Ex. E, and any source code that Valtrus submits in future filings before the PTAB will therefore be filed under seal. Thus, there is minimal risk that this code, which is already seventeen years old in any event, will be publicly disclosed.

Third, Valtrus has granted Micro Focus a release from any liability relating to the '704 or '764 patents. Dkt. 27 ¶ 10. So Micro Focus faces no risk that Valtrus will bring a suit against Micro Focus based on this source code.

In sum, there is thus no reason why Micro Focus should oppose producing this source code. In contrast, if Valtrus is unable to obtain this source code from Micro Focus, it will suffer significant prejudice. Micro Focus is the only entity in possession of this code, and Valtrus has no other means of accessing it in order to rebut Google's invalidity arguments.

## **CONCLUSION**

The Court should require Micro Focus to comply with the bargain it struck. Valtrus respectfully requests that the Court compel Micro Focus to produce the Verity K2 source code.[4]

---

[4] Under the Stipulation of Dismissal, Micro Focus's opposition to this motion is due in ten calendar days, and Valtrus's reply is due five calendar days after the opposition. Dkt. 27 ¶ 13. The parties have also agreed that the Court may decide the motion on the papers unless the Court desires oral argument. *Id.*

Dated:  July 27, 2023.

/s/ Michael D. Harbour

Michael D. Harbour

PARR BROWN GEE & LOVELESS
Terry E. Welch
Kade N. Olsen

IRELL & MANELLA LLP
Michael D. Harbour

*Attorneys for Valtrus Innovations Limited`*

- 8 -